UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lynda Yant,<br><br>             Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.<br><br>             Defendant. | Case No. 12-CV-1311 (DWF/FLN) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

                                                                                       **HEANEY LAW FIRM, LLC**

Dated: **July 16, 2013**                         s/ **Mark L. Heaney**
                                                                        Mark L. Heaney (Atty. I.D. #0333219)
                                                                        13911 Ridgedale Drive, Suite 110
                                                                        Minnetonka, Minnesota 55305-1773
                                                                        Telephone: (952) 933-9655
                                                                        Facsimile:  (952) 544-1308
                                                                        Email: mark@heaneylaw.com
                                                                        *Attorney for Plaintiff*

July 16, 2013	/s/ Benjamin N. Hutnick
Benjamin N. Hutnick, *Pro Hac Vice*
KS Bar # 23666
Berman & Rabin, P.A.
15280 Metcalf
Overland Park, KS 66223
P: 913-649-1555
F: 913-652-9474
bhutnick@bermanrabin.com
ATTORNEY FOR DEFENDANT