UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lynda Yant,      Civil No. 12-1311 (DWF/FLN)

      Plaintiff,

v.      **ORDER FOR DISMISSAL WITH PREJUDICE**

Stellar Recovery, Inc., and
The Bureaus, Inc.,

      Defendants.

Based upon the Stipulation of counsel, (Doc. No. [30]), and all files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-captioned action shall be and is **DISMISSED WITH PREJUDICE** and on the merits without costs, disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 17, 2013      s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge