AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Lynda Yant

V.

Stellar Recovery, Inc., The Bureaus, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  12-1311 DWF/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-captioned action shall be and is **DISMISSED WITH PREJUDICE** and on the merits without costs, disbursements, or attorney fees to any party.

July 18, 2013
Date

RICHARD D. SLETTEN, CLERK

s/A. Linner
(By)                    A. Linner   Deputy Clerk

C:\Documents and Settings\linner\Desktop\Blank Judgment Form.wpd                           Form Modified:  09/16/04